**FILED**
November 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 07-0375 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOHN NGO, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN NGO, Case No. MAG. 07-0375 DAD, Charge Title 18 USC § 1623, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X Bail Posted in the Sum of $ 50,000.00

X Unsecured Appearance Bond co-signed by Stephanie Lau

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other) Pretrial Services Supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 30, 2007 at 2:35 pm.

By _____
Dale A. Drozd
United States Magistrate Judge